UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PREMIER SURGICAL PAVILION, LLC, <br><br> Plaintiff, <br><br> v. <br><br> UNITEDHEALTHCARE INSURANCE COMPANY OF NEW YORK, UNITEDHEALTHCARE SERVICE LLC D/B/A THE EMPIRE PLAN, VIANT PAYMENT SYSTEMS, INC. D/B/A VIANT, INC., and ABC CORP 1-5, <br><br> Defendants. | Civil Action No.: 2:15-cv-06517-SDW-SCM <br><br><br> CONSENT ORDER |

This matter having been opened to the Court upon the filing of a Motion on Consent for Extension of Time (D.E. 7) for Defendant, Viant Payment Systems, Inc. (improperly pled as Viant Payment Systems, Inc. d/b/a Viant, Inc. and hereinafter referred to as "Viant") to Answer, Move, or Otherwise Reply to the Complaint by Finazzo Cossolini O'Leary Meola & Hager, LLC, attorneys for Viant, and the Court having considered the Motion, with the consent of Plaintiff, and for good cause having been shown:

**IT IS ON THIS** 23 day of September 2015:

**ORDERED** that Viant's Motion on Consent for an Extension of Time to Answer, Move, or Otherwise Reply to the Complaint is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that the time for Viant to Answer, move, or otherwise reply to the Complaint is hereby extended from September 21, 2015 to and including October 9, 2015; and

**IT IS FURTHER ORDERED** that a copy of this Order shall be deemed served by electronic notification of the Court's CM/ECF system.

_____
Honorable Steven C. Mannion, U.S.M.J.